UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PURECO CALDERON,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR,<br><br>Respondent. | No. 2:20-cv-00891 KJM GGH P<br><br><br><br>ORDER |

    Petitioner moved for release based on the potential spread of COVID-19 in immigration detention facilities in the Ninth Circuit pending adjudication of his Petition for Review from an order of removal. ECF No. 2. The Ninth Circuit considered the motion as a petition for habeas corpus pursuant to 28 U.S.C. Section 2241, transferred the petition to this court, and requested that this court act expeditiously. ECF No. 1.

    Therefore, petitioner shall file any motion for release on bail/conditions pending final adjudication of this petition whose only issue involves release from custody pending the Ninth Circuit adjudication.  In addition to briefing the law and extraordinary circumstances for release in habeas corpus proceedings pending final adjudication, petitioner shall inform the court whether the motion should be accelerated into a final order in this habeas action.  Petitioner shall file his motion no later than 4:00 p.m. Wednesday, May 6, 2020.  Respondent shall oppose or otherwise

1

file a response no later than 4:00 p.m., Friday May 8, 2020. Any reply by petitioner shall be filed no later than 4:00 p.m. Monday, May 11, 2020.

The parties shall also address whether ECF Nos. 2, 3 and 4 shall remain sealed. If oral argument is advisable, the court will set such argument for telephonic hearing as expeditiously as possible.

In the interim, the Clerk shall seal ECF Nos. 2, 3, and 4.

IT IS SO ORDERED.

Dated: May 2, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE