UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PURECO CALDERON, | No. 2:20-cv-00891 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM BARR, | |
| Respondent. | |

Petitioner, an alien detainee in the custody of the United States Immigration and Customs Enforcement ("ICE"), is proceeding through counsel on a petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to the United States Magistrate Judge as provided by 28 U.S.C. § 626(b)(1) and Local Rule 302(c).

On May 12, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed and served no later than 4:00 p.m. on Thursday, May 14, and any reply to the objections to be filed no later than Friday, May 15, 2020. As of the date this order issues, neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

1

magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis; the court clarifies that while it finds the discussion in the findings and recommendations starting at page 5, line 7 through page 7, line 16 helpful, it does not reach the questions or conclusions suggested by that discussion to resolve the matter currently before it.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 12, 2020, are adopted in full;

2. This action is stayed pending adjudication of the Northern District class action in *Zepeda Rivas v. Jennings*, No. 20-CV-02731- VC, 2020 WL 2059848 (N.D. Cal. Apr. 29, 2020); and

3. The parties shall notify this court within seven (7) days of the resolution of petitioner's claims by the court in *Zepeda Rivas v. Jennings, supra*, or any other event any party believes calls for lifting of the stay imposed here, whichever is earlier.

DATED: May 19, 2020.

CHIEF UNITED STATES DISTRICT JUDGE